John W Christiansen (13174)
McKell Christiansen PLLC
Attorney for Debtor
642 Kirby Lane, STE 105
Spanish Fork, UT 84660
801-798-4656
john@mckellchristiansen.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| In re:  **Julie Ann Curtis** | : | Bankruptcy No. 15-21193 |
| | : | Chapter 13 |
| | : | Judge William T. Thurman |
| Debtors. | : | Filed Electronically |

## APPLICATION FOR FEES

Applicant, **John W. Christiansen**, represents as follows:

1. Applicant is a duly licensed attorney, and is the attorney for the Debtors in the above-entitled proceeding, and his services and their value are listed on attached "Exhibit A."

2. All services for which compensation is requested were in connection with the said bankruptcy proceedings and not in any other matter; and that all services performed were necessary and proper, and that the amounts of the compensation are reasonable.

3. Debtors have agreed to pay the following hourly rates for reasonable and necessary work:

    a.  $225.00 per hour for attorney's time

4. The amounts listed on "Exhibit A" have been expended or incurred as expenses in connection with such services, for which the applicant seeks payment.

**WHEREFORE**, John W. Christiansen, requests that the Court approve and allow the requested compensation of up to for work performed on the Debtor's behalf on the objection to Trustee's Motion to Dismiss in an amount up to $732.50.

DATED: This August 24, 2017

/s/ John W. Christiansen
Attorney at Law

EXHIBIT A

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/1/2017 | download trustee's MTD and review | 0.5 | 112.5 |
| 8/4/2017 | contacted Debtor and reviewed motion by phone | 0.4 | 70 |
| 8/8/2017 | spoke with debtor by phone discussed payment arrangements | 0.75 | 131.25 |
| 8/24/2017 | drafted objection/notice of hearing and filed with court | 1.6 | 280 |
| | **anticipated** | | |
| | review movant response | 0.15 | 33.75 |
| | Attend hearing on Motion | 0.15 | 33.75 |
| | Discuss outcome with Debtor | 0.1 | 22.5 |
| | review court order with debtor | 0.15 | 33.75 |
| | | | |
| | | | |
| | postage and mailing | | 15 |
| | **Totals** | | |
| | **fees without hearing** | | **608.75** |
| | **fees with hearing** | | **732.5** |